# Civil Minutes

Time Set:      3:50 p.m.
Start Time:    3:50 p.m.
End Time:      4:00 p.m.

| | | |
|---|---|---|
| JEFFREY W. STONE, et al | Civil Case Number: | 2:14cv209 |
| | Date: | November 12, 2014 |
| vs. | Presiding Judge: | Douglas E. Miller |
| | Court Reporter | --- |
| SRA INTERNATIONAL, INC. | Courtroom Deputy: | Angie Forehand |

Proceedings: Matter came on for conference call for court's guidance on how to handle notice to prospective class members. Participants included Todd Gaynor for plantiffs and William Furr for defendant.

After conferring with counsel, court directed there be no phone contact with prospective class members until four days after notice has been made to prospective class members via mail and/or email.

Telephone conference concluded.